# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1212**
**CA 12-02370**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF MICHAEL D. GREEN, M.D.,
PETITIONER-APPELLANT,

V                                          MEMORANDUM AND ORDER

MONROE COUNTY CHILD SUPPORT ENFORCEMENT UNIT,
RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C., ROCHESTER (SANFORD R. SHAPIRO OF COUNSEL), FOR PETITIONER-APPELLANT.

MERIDETH A. SMITH, COUNTY ATTORNEY, ROCHESTER (MARIE C. D'AMICO OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an amended order of the Supreme Court, Monroe County (John J. Ark, J.), entered April 5, 2012. The amended order provided that the prior orders of the Family Court relative to the request of petitioner's ex-wife for a cost of living adjustment to the amount of petitioner's child support obligation and petitioner's objections thereto will not prevent an adjustment of petitioner's child support.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Green v Monroe County Child Support Enforcement Unit* ([appeal No. 1] ___ AD3d ___ [Nov. 15, 2013]).

Entered:  November 15, 2013                    Frances E. Cafarell
                                               Clerk of the Court